ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,           :

    - v -                                  :     NOTICE OF INTENT TO
                                                     FILE AN INFORMATION

SAMUEL A. FISHMAN,                  :

             Defendant.       :

- - - - - - - - - - - - - - - - x

**08 CRIM 221**

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
             March 6, 2008

                                MICHAEL J. GARCIA
                                United States Attorney

             By:   _____
                      SARAH Y. LAI
                      Assistant United States Attorney

                   AGREED AND CONSENTED TO:

            By:   _____
                      JACK LITMAN/RICHARD ASCHE
                      Attorneys for Samuel A. Fishman

[Stamp: HUGO MONTERO]

[Stamp: ...Y / ...NT / ...NICALLY FILED / 3/7/08]

3/7/08 IN HEEL H