

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

ORIGINAL

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 7, 2008

BY FACSIMILE

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10006

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-17-08

Re: United States v. Samuel A. Fishman, 08 Cr. 221

Dear Judge Marrero:

The Government respectfully submits this letter to inform the Court that a Notice of Intent to File a Felony Information has been filed in the above-referenced matter, and the case was wheeled out to this Court earlier today. The defendant is scheduled to waive indictment and be arraigned before the Magistrate Court on March 14, 2008. If it is convenient for the Court, the parties jointly request that a plea proceeding be set for March 28, 2008, at 10:00 a.m.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Sarah Y. Lai
Sarah Y. Lai
Assistant United States Attorney
Tel.: (212) 637-1944

Request GRANTED. A status conference herein is scheduled for 3-28-08 at 1:30 p.m. to address the matter described above by the Government.

SO ORDERED.

3-7-08
DATE         VICTOR MARRERO, U.S.D.J.

cc: Mr. Jack Litman, Esq.
    Mr. Richard Asche, Esq.