U.S. Department of Justice



United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 12, 2009

BY FACSIMILE

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-15-09
```

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10006

Re: **United States v. Samuel A. Fishman, 08 Cr. 221 (VM)**

Dear Judge Marrero:

    Sentencing in the above-referenced matter is scheduled for Friday, June 19, 2009. The Government respectfully submits this letter to request an additional one-week adjournment of sentencing to review the defense's lengthy sentencing submissions and consider what, if any, response we may have. I have confirmed with Your Honor's law clerk and the defense that June 26, 2009, at 2:30 p.m., would be convenient.

    Respectfully submitted,

LEV L. DASSIN
Acting United States Attorney

By: _____
Sarah Y. Lai
Assistant United States Attorney
Tel.: (212) 637-1944

cc: Mr. Jack Litman, Esq.
    Mr. Richard Asche, Esq

Request GRANTED. The sentencing of defendant Samuel Fishman herein is rescheduled to 6-26-09 at 2:30 P.M.

SO ORDERED.

6-14-09
DATE — VICTOR MARRERO, U.S.D.J.