

U.S. **Department of Justice**

*United States Attorney*
*Southern District of New York*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-29-09
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 29, 2009

BY FACSIMILE

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10006

Re: <u>United States</u> v. <u>Samuel A. Fishman</u>
08 Cr. 221 (VM)

Dear Judge Marrero:

The defendant in the above-referenced matter was sentenced on Friday, June 26, 2009. The Government respectfully submits this letter, pursuant to Rule 13.1 of the Electronic Case Filing system rules, to request that the Court direct the Clerk of the Court to place the Government's sentencing submission of June 22, 2009, on the docket. The United States Attorney's Office has received a request for the Government's sentencing submission from the press and believes it should be made part of the public record. Accordingly, we respectfully

Honorable Victor Marrero  Page 2
June 29, 2009

request that the Court direct the Clerk of the Court to place the Government's letter of June 22, 2009, on the docket.

>   Respectfully submitted,
>
>   LEV L. DASSIN
>   Acting United States Attorney
>
>   By: *[signature]*
>   Sarah Y. Lai
>   Assistant United States Attorney
>   Tel.: (212) 637-1944

SO ORDERED.

DATE: New York, New York
      June 29, 2009

*[signature]*
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

cc: Mr. Jack Litman, Esq.
    Mr. Richard Asche, Esq