PREET BHARARA
United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/11
```

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

                  Plaintiff,

            - v. -

SAMUEL FISHMAN,

                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SATISFACTION OF JUDGMENT

08 CR 0221-01 (VM)

JUDGMENT #: 09,1268

SOUTHERN DISTRICT OF NEW YORK

       Satisfaction is acknowledged between United States of America, plaintiff, and Samuel Fishman, defendant, for the fine in the amount of $10,000.00; restitution in the amount of $350,000.00 and the special assessment in the amount of $100.00, amounting in all to the sum of $360,100.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 6th day of July 2009.

                                  PREET BHARARA
                                  United States Attorney for the
                                  Southern District of New York

                          By: _____
                              KATHLEEN A. ZEBROWSKI
                              Assistant United States Attorney

STATE OF NEW YORK)
                    ss:
COUNTY OF NEW YORK)

       On the 26th day of July 2011, before me personally came Kathleen A. Zebrowski, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC

KATHY TAYLOR
Notary Public, State of New York
No. 01TA5077230
Qualified in Kings County
Commission Expires May 5, 15